IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00175-CR-W-HFS |
| | ) | |
| JASON T. SIMON | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After making an independent review of the record and the applicable law, Magistrate Judge Sarah Hays determined that defendant is not currently suffering from a mental disease or defect that would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired.

Accordingly, it is hereby

ORDERED that the findings and conclusions in the REPORT AND RECOMMENDATION (Doc. 35) are ADOPTED by the undersigned.

It is SO ORDERED

/s/ Howard F. Sachs
                                          **HOWARD F. SACHS**
                                          UNITED STATES DISTRICT JUDGE

November 20, 2017

Kansas City, Missouri